UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v.<br>ALEXIS HERNANDEZ-REYNOSO,<br>JACK MITCHELL,<br>PETER TRIPET,<br>ANTHONY MACDONALD, AND<br>CHRISTOPHER ODONITS | : | Crim. No. 19-8444 |
| | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Rachael Honig Acting United States Attorney for the District of New Jersey, MARC J. ARMAS, Assistant U.S. Attorney (marc.armas@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

RACHEL HONIG
United States Attorney

*Marc James Armas*

By: Marc J. Armas
Assistant U.S. Attorney

Dated:   August 19, 2021